**44   THE PEOPLE OF THE STATE OF NEW YORK,** Respondent, v ALTON J., Appellant.

The trial court properly precluded cross-examination of Detective Rose as to a collateral matter *(see, People v Thomas,* 46 NY2d 100). We have considered defendant's other contentions and find them to be lacking merit. Mollen, P. J., Mangano, Gibbons and Bracken, JJ., concur.